UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEBORAH BOWMAN, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:17-CV-159-FL
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 27, 2017, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 27, 2017, and Copies To:**

Maria Concetta Mayo (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

September 27, 2017                PETER A. MOORE, JR., CLERK
                                        /s/ Susan W. Tripp
                                       (By) Susan W. Tripp, Deputy Clerk