IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-159-FL

| Deborah Bowman, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER FOR PAYMENT |
| | ) | OF ATTORNEY FEES UNDER THE |
| Nancy A. Berryhill, | ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of Three-Thousand, Nine Hundred Dollars and Zero Cents ($3,900.00) in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to her attorney.

It is therefore ORDERED, this  22nd  day of December, 2017, that the Plaintiff shall be, and hereby is, awarded the sum of Three-Thousand, Nine Hundred Dollars and Zero Cents ($3,900.00) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this

point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

_____
LOUISE WOOD FLANAGAN
United States District Judge

CONSENTED TO:

Maria Concetta Mayo
Ricci Law Firm, PA
2839 Charles Boulevard
Post Office Box 483
Greenville, NC 27835-0483
252-752-7785
Fax: 252-752-1016
Email: mmoore@riccilawnc.com

Leo R. Montenegro
Social Security Administration
Office of General Counsel, Office of Program Law
6401 Security Boulevard, Altmeyer Building, Room 617
Baltimore, MD 21235
410-965-3153
Fax: 410-597-0137
Email: Leo.R.Montenegro@ssa.gov