UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEBORAH BOWMAN, )
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:17-CV-159-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 22, 2017, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $3,900.00.

**This Judgment Filed and Entered on December 22, 2017, and Copies To:**

Maria Concetta Mayo  (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro   (via CM/ECF Notice of Electronic Filing)

December 22, 2017        PETER A. MOORE, JR., CLERK
                                /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk